FILED (KZ)
US District Court Clerk
Ronald C. Weston, Sr.
DEC - 4 2008
By /s/
Western Michigan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Kathleen McGill

_____
Name of Plaintiff(s)

vs.

WMU
_____

Name of Defendant(s)

1:08 CV 1206

Civil No. _____
(To be supplied by the
Clerk of the Court)

---

INSTRUCTIONS FOR FILLING OUT THIS FORM: If you wish to file a lawsuit for the violation of your civil rights you are the *plaintiff*. The person, employer, company, union, or employment agency you sue is the *defendant*. If there is more than one plaintiff or defendant, each must be identified by name and address. Each plaintiff must also state the facts of the discriminatory act unless the facts are the same for all plaintiffs.

To begin a lawsuit you must file a *complaint* with the court. This form is to help you file a complaint under Title VII of the Civil Rights Act of 1964, the Equal Pay Act of 1963, or both. This form will assist you in following the Federal Rules of Civil Procedure for filing the complaint in United States District Court.

Title VII prohibits discrimination on the basis of *race, color, sex, religion,* or *national origin*. To file suit under Title VII fill out the part of this complaint marked COUNT I - TITLE VII. For Title VII suits you should attach a copy of the EEOC "Right to Sue" letter.

If your Title VII claim is based on the fact that different wages are paid to employees doing similar jobs and the difference between the employees is their sex, then you may have an additional claim under the Equal Pay Act of 1963. To file a complaint under the Equal Pay Act, fill out the part of the form marked COUNT II - EQUAL PAY ACT. If a claim violates the Equal Pay Act it will also violate Title VII. A Title VII violation, however, does not necessarily violate the Equal Pay Act. The Equal Pay Act prohibits only pay differences because of *sex*.

You may not be able to fill in every blank. If you are unable to provide the requested information, state either "unknown" or "not applicable" or some other similar explanation. If you need help ask the Clerk at the filing desk.

Please print legibly.

## COMPLAINT

### PARTIES

1. Plaintiff's address is:
   _105 E WALNUT #3204_
   street
   _KZOO_ _MI_ _49007_
   city    county    state
   _269_ _327 4 336_
   zip code    phone number

2. Defendant's address is:
   _1903 W. Michigan_
   street
   _KAZOO_ _KAZOO_ _MI_
   city    county    state
   _49008_ _269 269 387 1000_
   zip code    phone number

## COUNT I - TITLE VII

### NATURE OF PROCEEDINGS

3. Plaintiff seeks legal and equitable relief for the denial of certain rights secured by the Civil Rights Act of 1964, codified as 42 USC Sections 2000e to 2000e-17. Such relief is authorized by 42 USC Section 2000e-5(g).

### JURISDICTION

4. This Court has jurisdiction pursuant to 42 USC Section 2000e-5(f)(1)(3).

### ADDRESS

5. Is the address where the discriminatory act(s) took place the same address as for defendant? ☒ yes ☐ no. If different from the defendant's address, the discriminatory act(s) took place at:
   _1903 W. Michigan_
   street
   _KZOO_ _KAZOO_ _MI_
   city    county    state
   _49008_ _269 387 1000_
   zip code    phone number

FACTS

If you were not hired because of your race, color, sex, religion, or national origin, please complete the following.

### Refusal to Hire

6. Provide a brief statement of the facts to include the following:

A. Date of application _____

B. If not hired, the date of refusal to hire _____

C. If you were not hired because of your sex, race, color, religion, or national origin, please list the names (if Known) of other applicants who were hired and their sex, race, religion, or national origin (whichever is applicable to your case):

_____

_____

If you were treated differently than other employees because of your race, color, sex, religion or national origin, please complete the following:

### Difference in Terms and Conditions of Employment Because of Race, Color, Sex, Religion, or National Origin

7. Provide a brief statement of the facts to include the following:

A. Job position plaintiff held at time of discharge, demotion, denial of promotion or job bid, denial or difference in pay or benefits, or other discriminatory act: expelled temp c/ crime

B. Date the act(s) occurred: 11/18/08

C. Was there a general layoff or reduction in force (if you know)?
   ☐ yes  ☐ no

D. Rate of pay when this occurred $ _____ per hour/per week (please circle)

E. Name of any individual who was treated differently than you because of your race, color, sex, religion, or national origin (if known): DISABILITY Caroline Howell

F. The individual's race, color, sex, religion, or national origin (if known) who was treated differently from you: DISABILITY Environmental Pasening

G. Sexual harassment consisted of the following acts, by the following named individuals: also - BACK up SUIT

## Factual Statement

The following is plaintiff's account of the facts: NoV expelled c/o crime

## CAUSE OF ACTION

8. Defendant violated plaintiff's civil rights by the following discriminatory act(s):

A. ☐ Failure to hire plaintiff;

B. ☐ Termination of plaintiff's employment;

C. ☐ Demotion of plaintiff;

D. ☐ Denial of promotion or job bid to plaintiff;

E. ☒ Sexual Harassment;

F. ☐ Denial of the same terms and conditions of employment given to other employees but denied plaintiff because of race, color, sex, religion or national origin;

G. ☒ Other Acts (please specify) expell c/o crime

9. Defendant, in committing the above acts, has violated Title VII of the Civil Rights Acts of 1964 because of plaintiff's (check the correct letter(s)):

A. ☐ race

B. ☐ color

C. ☒ sex (includes harassment and pregnancy/maternity)

D. ☐ religion

E. ☐ national origin

FIX DISABILITY & AGE

10. Charges were filed with the Equal Employment Opportunity Commission on (state the date or best estimate): ____NA____

Attach a copy of the Charge you filed with the Equal Employment Opportunity Commission.

11. Charges were filed with the Michigan Department of Civil Rights on (state the date or best estimate): ____NA____

Attach a copy of the Charge you filed with the Michigan Department of Civil Rights. ACLU maybe

STATUTORY PREREQUISITE   NA

12. Plaintiff received a "Right to Sue" letter from the Equal Employment Opportunity Commission on (insert date) ____NA____
90-day period as required by 42 USC Section 2000e-5.

Attach a copy of "Right to Sue" letter.

REQUEST FOR APPOINTMENT OF ATTORNEY

If you have been unable to get an attorney to take your case and you want the court to appoint counsel for you, please complete the following:

13. Plaintiff has done the following things in an effort to obtain counsel:

    Mary Pdehuty
    Cunt atord 220/hr

14. Plaintiff has been unable to retain counsel and requests the court to appoint an attorney.
    [X] yes  [ ] no.

RELIEF

Check applicable letter(s).

15. Plaintiff requests the following:

    A. [ ] That all fees, costs or security be waived;

    B. [ ] That the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees;

    C. [ ] That the Court grant reinstatement where appropriate.

    D [X] WMU pay all costs

## COUNT II - EQUAL PAY ACT

### NATURE OF PROCEEDINGS

16. Plaintiff seeks relief for the denial of certain rights secured by the Equal Pay Act of 1963, codified as 29 USC Section 206(d). Such relief is authorized under 29 USC Section 626(b).

### JURISDICTION

17. This Court has jurisdiction pursuant to 29 USC Section 216(b).

### ADDRESS

18. Is the address where the discriminatory act(s) took place the same address as for defendant? ☒ yes ☐ no. If different from the defendant's address, the discriminatory act(s) took place at:

    1903 W. Michigan
    _____ street _____
    Kazoo    Kazoo    MI
    city _____ county _____ state
    49008  (269) 387-1000
    zip code   phone number

### FACTS

19. Provide a brief statement of the facts to include the following:

A. Job position plaintiff held at the time when the pay discrimination occurred

    NA

B. Rate of pay at time this occurred $ NA per hour/per week (please circle)

C. Names and job positions held by individuals who were paid more than plaintiff because of that individual's sex

    NA

The following is plaintiff's account of the facts:

DISABILITY DISCRIMINATION

## CAUSE OF ACTION

20. By committing the above acts defendant has violated the Equal Pay Act of 1963 by using sex as a determining factor for pay.

21. Defendant's conduct was willful.

22. Plaintiff filed charges with the Equal Employment Opportunity Commission on (state the date or best estimate) _N/A_

Attach a copy of the Charge you filed with the Equal Employment Opportunity Commission. _N/A_

D. c MARY Delahanty 344-511

23. Plaintiff filed charges with the Michigan Department of Civil Rights on (state the date or best estimate) _N/A_

Attach a copy of the Charge you filed with the Michigan Department of Civil Rights _N/A_

STATUTORY PREREQUISITE  See above

24. This suit has been filed within three years of the wilful discriminatory act.

## JURY TRIAL

25. Plaintiff requests a jury trial for the Equal Pay Act claim. [X] Yes [ ] No

## RELIEF

Check applicable letters.

26. Plaintiff requests the following:

A. [ ] That all fees, costs or security be waived;

B. [ ] That the Court grant such relief as may be appropriate, including liquidated damages, costs and attorney's fees.

CM escaped to defendant

DATED: 8/01/08            Kathleen Wong McCall
                          Signature of Plaintiff